**08 C 405**

**JUDGE GETTLEMAN**
**MAGISTRATE JUDGE VALDEZ**

# EXHIBIT A

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION

| | |
|---|---|
| SUSAN PALUZZI, individually and on behalf of a class of similarly situated individuals,<br><br>Plaintiff,<br><br>v.<br><br>CELLCO PARTNERSHIP, a Delaware General Partnership d/b/a Verizon Wireless, and MBLOX, INC., a Delaware corporation,<br><br>Defendants. | No.   07 CH 37213 |

### NOTICE OF FILING

PLEASE TAKE NOTICE that the undersigned as of this date has filed a Notice of Removal to the United States District Court for the Northern District of Illinois, Eastern Division, a true and correct copy of which is attached hereto and hereby served upon you.

Dated: January 17, 2008

Respectfully submitted,

Cellco Partnership d/b/a Verizon Wireless

By: _____
One of its Attorneys

James G. Richmond
Abigail A. Clapp
GREENBERG TRAURIG LLP
77 West Wacker Drive
Suite 2500
Chicago, Illinois 60601
Tel.   (312) 456-8400
Fax   (312) 456-8435
Firm I.D. No. 36511