**AEE**

**FILED**

**JANUARY 17, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
### ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

**08 C 405**

In the Matter of                                      Case Number:

Susan Paluzzi

v.

Cellco Partnership and mBlox, Inc.

**JUDGE GETTLEMAN**
**MAGISTRATE JUDGE VALDEZ**

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Cellco Partnership

| |
|---|
| NAME (Type or print)<br> James G. Richmond |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br> s/ James G. Richmond |
| FIRM<br> Greenberg Traurig, LLP |
| STREET ADDRESS<br> 77 W. Wacker Drive, Suite 2500 |
| CITY/STATE/ZIP<br> Chicago, Illinois 60601 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6206371 | TELEPHONE NUMBER<br>(312) 456-8400 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ✔ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ✔ | NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✔ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✔ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐      APPOINTED COUNSEL ☐