AEE

FILED
JANUARY 17, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SUSAN PALUZZI, individually and on behalf of a class of similarly situated individuals,<br><br>Plaintiff,<br><br>v.<br><br>CELLCO PARTNERSHIP, a Delaware General Partnership d/b/a Verizon Wireless, and MBLOX, INC., a Delaware corporation,<br><br>Defendants. | No. _____<br><br>**08 C 405**<br><br>**JUDGE GETTLEMAN**<br>**MAGISTRATE JUDGE VALDEZ** |

### AFFIDAVIT OF BILL MEDRANO

STATE OF NEW YORK  )
                   )  ss:
COUNTY OF ROCKLAND )

BILL MEDRANO, being duly sworn, deposes and says:

1. I am employed with Verizon Wireless ("Verizon") as a supervisor in the Revenue Assurance Department located in Orangeburg, New York. I am familiar with the facts set forth in this affidavit and could testify to these facts under oath from my own personal knowledge. I submit this affidavit in support of Verizon's removal petition filed in the above captioned action.

2. Verizon maintains a data warehouse that resides on an NCR teradata platform that contains customer data. The data warehouse is maintained in the ordinary course of business, and it is frequently used by Verizon to run queries of billing information regarding wireless subscribers. In particular, the data warehouse enables Verizon to run queries for information relating to billing for mobile content service, also known as premium messaging services.

3. Verizon ran a search of the data on the NCR teradata platform for all premium messaging charges to customers with a current or last known billing address within the State of Illinois. The results show that Verizon currently has more than 400,000 wireless customers in

the State of Illinois who have subscribed for premium messaging services. The results also showed that in 2007 these customers were billed in excess of $7,000,000.00 for such premium messaging services. In addition, the results showed that since the inception of premium messaging service in 2005, Verizon customers in the State of Illinois have been billed in excess of $13,000,000.00 for such services.

Further affiant sayeth not.

*Bill Medrano*
Bill Medrano

Sworn to before me this 17th day of January 2008

_____
Notary Public

GERARD E. MEAD II
Notary Public, State of New York
No. 4642810
Qualified in Rockland County
Commission Expires Sept. 30, 19 ____

(847260.1)

2