UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| SUSAN PALUZZI, individually and on behalf of a class of similarly situated individuals,<br><br>    Plaintiff,<br><br>vs.<br><br>CELLCO PARTNERSHIP, a Delaware General Partnership d/b/a Verizon Wireless, and MBLOX, INC., a Delaware corporation,<br><br>    Defendants. | Case No. 08 C 405 |

**STIPULATION AND AGREED ORDER TO EXTEND TIME FOR DEFENDANT MBLOX, INC. TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**

1. Plaintiff SUSAN PALUZZI originally filed this action in the Circuit Court of Cook County, Illinois on December 17, 2007.

2. Defendant MBLOX, INC. was served with the Summons and Complaint, through undersigned counsel, on December 27, 2007. At that time, Plaintiff and mBlox agreed to an extension of time up to and including February 11, 2008 for Defendant mBlox to file its responsive pleading.

3. On January 17, 2008, Defendant CELLCO PARTNERSHIP timely removed this action from the Circuit Court of Cook County, Illinois.

4. Pursuant to Rule 81(c) of the Federal Rules of Civil Procedure, defendants must answer or otherwise respond to the Complaint within five (5) days of removal.

5. Plaintiff and defendant mBlox have agreed that their prior agreement to extend the time up to and including February 11, 2008 to file its responsive pleading stands after removal of this action.

1

**IT IS HEREBY STIPULATED AND AGREED**, by and between Plaintiff and Defendant mBlox, by and through their respective undersigned attorneys, that Defendant MBLOX, INC. shall have until February 11, 2008, to answer or otherwise respond to Plaintiff's Complaint.

**AGREED AS TO FORM AND SUBSTANCE:**

| | |
|---|---|
| SUSAN PALUZZI, individually and on behalf of a class of similarly situated individuals | MBLOX, INC. |

By: _/s/ Jay Edelson_      By: _/s/ Craig M. White_

  One of its Attorneys             One of its Attorneys

Jay Edelson
Myles McGuire
John Blim (Of Counsel)
KAMBER EDLESON, LLC
53 West Jackson Boulevard
Chicago, Illinois 60611
Telephone: (312) 589-6370
Firm ID: 44146

Craig M. White
Brent R. Austin
Chung-Han Lee
WILDMAN, HARROLD, ALLEN & DIXON, LLP
225 West Wacker Drive, Suite 2800
Chicago, Illinois 60606
Telephone: (312) 201-2000
Facsimile: (312) 201-2555
Firm ID: 10535

**ENTERED:**

_____
UNITED STATES DISTRICT JUDGE