## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that he caused a copy of the foregoing to be served upon all counsel of record by ECF on January 25, 2008.

_____ /s/ Chung-Han Lee _____