U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                             Case Number: 08-C-405
SUSAN PALUZZI v. CELLCO PARTNERSHIP and
MBLOX, INC.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

DEFENDANT MBLOX, INC.

| NAME (Type or print) |
|---|
| CHUNG-HAN LEE |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
|---|
| s/ Chung-Han Lee |

| FIRM |
|---|
| WILDMAN, HARROLD, ALLEN & DIXON, LLP |

| STREET ADDRESS |
|---|
| 225 WEST WACKER DRIVE, 28TH FLOOR |

| CITY/STATE/ZIP |
|---|
| CHICAGO, IL 60606-1229 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 10535 | (312) 201-2000 |

| | YES | NO |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | ✓ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | | ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | | ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | ✓ | |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐