**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of                                                                                        Case Number: 08-C-405
SUSAN PALUZZI v. CELLCO PARTNERSHIP and
MBLOX, INC.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

DEFENDANT MBLOX, INC.

| | |
|---|---|
| NAME (Type or print) | |
| BRENT R. AUSTIN | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | |
| s/ Brent R. Austin | |
| FIRM | |
| WILDMAN, HARROLD, ALLEN & DIXON, LLP | |
| STREET ADDRESS | |
| 225 WEST WACKER DRIVE, 28TH FLOOR | |
| CITY/STATE/ZIP | |
| CHICAGO, IL 60606-1229 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| 10535 | (312) 201-2000 |

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐        APPOINTED COUNSEL ☐

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that he caused a copy of the foregoing to be served upon all counsel of record by ECF on February 1, 2008.

/s/ Chung-Han Lee