IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SUSAN PALUZZI, individually and on behalf of a class of similarly situated individuals, <br><br> Plaintiff, <br><br> v. <br><br> CELLCO PARTNERSHIP, a Delaware General Partnership d/b/a Verizon Wireless, and MBLOX, a Delaware Corporation, <br><br> Defendants. | NO. 08-CV-00405 <br><br> JUDGE ROBERT GETTLEMAN |

### DEFENDANT MBLOX'S MOTION TO DISMISS COUNTS IV AND V OF PLAINTIFF'S COMPLAINT

Defendant mBlox, Inc. ("mBlox"), through its counsel, respectfully moves this Court to dismiss Plaintiff Susan Paluzzi's Complaint, and in support thereof states as follows:

1. Plaintiff's Complaint asserts a number of claims against mBlox based on alleged unauthorized charges to Plaintiff's cellular phone account.

2. Count IV of Plaintiff's Complaint alleges violations of the Computer Tampering Act, 720 ILCS 5/16D-2 *et seq.*, and Count V alleges violations of Illinois' Consumer Fraud and Deceptive Business Practices Act, 815 ILCS 505/1 *et seq*.

3. Count IV should be dismissed pursuant to Fed. R. Civ. P. 12(b)(6) because Plaintiff has not, and cannot allege any facts entitling her to relief under the Computer Tampering Act.

4. Count V should be dismissed because Plaintiff has not, and cannot allege the particularity required under Fed. R. Civ. P. 9(b) for alleged violations of the Illinois Consumer Fraud and Deceptive Business Practices Act.

5. A supporting Memorandum of Law In Support of Motion to Dismiss is filed simultaneously herewith and made a part hereof.

WHEREFORE, Defendant mBlox respectfully requests that this Court enter an Order dismissing Counts IV and V of Plaintiff's Complaint with prejudice, and for any further relief that this Court deems just.

DATED:     February 11, 2008              Respectfully submitted,

**MBLOX, INC.**

By:            /s/ Brent R. Austin            
                   One of Its Attorneys

Craig M. White (white@wildman.com)
Brent R. Austin (austin@wildman.com)
Chung-Han Lee (chunglee@wildman.com)
Wildman, Harrold, Allen & Dixon LLP
225 West Wacker Drive
Chicago, IL  60606
(312) 201-2000
(312) 201-2555 (fax)

2

## **CERTIFICATE OF SERVICE**

      I hereby certify that on February 11, 2008, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Jay Edleson
John Blim
Myles McGuire
KamberEdelson, LLC
53 West Jackson Boulevard
Suite 1530
Chicago, IL 60604


                                                               /s/ Brent R. Austin