IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SUSAN PALUZZI, individually and on behalf of a class of similarly situated individuals,<br><br>   Plaintiff,<br><br>v.<br><br>CELLCO PARTNERSHIP, a Delaware General Partnership d/b/a Verizon Wireless, and MBLOX, a Delaware Corporation,<br><br>   Defendants. | )<br>)<br>)<br>)<br>)<br>) NO. 08-CV-00405<br>)<br>)<br>) JUDGE ROBERT GETTLEMAN<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF MOTION

TO: All Counsel of Record

  PLEASE TAKE NOTICE that on Tuesday, February 19, 2008 at 9:30 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable Robert Gettleman, or before any other Judge who may be sitting in his stead, in Room 1703 of the United States District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois, and shall then and there present mBlox's Motion to Dismiss Counts IV and V of Plaintiff's Complaint, a copy of which is attached hereto and herewith served.

DATED: February 11, 2008    Respectfully submitted,

                  **MBLOX, INC.**


                  By:   /s/ Brent R. Austin
                      One of Its Attorneys

Craig M. White (white@wildman.com)
Brent R. Austin (austin@wildman.com)
Chung-Han Lee (chunglee@wildman.com)
Wildman, Harrold, Allen & Dixon LLP
225 West Wacker Drive
Chicago, IL 60606
(312) 201-2000
(312) 201-2555 (fax)

1

2

## CERTIFICATE OF SERVICE

     I hereby certify that on February 11, 2008, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Jay Edleson<br>
John Blim<br>
Myles McGuire<br>
KamberEdelson, LLC<br>
53 West Jackson Boulevard<br>
Suite 1530<br>
Chicago, IL 60604

                                                    /s/ Brent R. Austin