UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| SUSAN PALUZZI, individually and on behalf of a class of similarly situated individuals, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 08 CV 405 ) |
| CELLCO PARTNERSHIP, a Delaware General Partnership d/b/a/ Verizon Wireless, and MBLOX, INC., a Delaware corporation, | ) ) Judge Robert W. Gettleman ) ) |
| Defendants. | ) ) |

**PLAINTIFF'S MOTION TO REMAND**

Plaintiff Susan Paluzzi, through her counsel, respectfully moves this Court to remand Defendant's removal of Plaintiff's complaint, and in support thereof states as follows:

1. Pursuant to the provisions of 28 U.S.C. § 1447(c), Plaintiff moves to have this case remanded to the Circuit Court of Cook County, Illinois. Defendant's removal of this case to this Court was improper and contrary to well-established law on the subject. This Court lacks subject-matter jurisdiction over the case. The case should be forthwith remanded to the aforementioned state court, with attorney's fees awarded to Plaintiff.

2. The burden is on Defendant to show by a preponderance of the evidence that removal is proper, and as is set forth in Plaintiff's contemporaneously-filed Memorandum In Support Of Plaintiff's Motion To Remand, it cannot sustain that burden. Defendant fails to satisfy its burden of proving that claimed damages are in excess of $5 million as required for CAFA removal, and, as a matter of law, Defendant cannot rely upon 28 U.S.C. § 1367(a) to support jurisdiction in this Court.

3. Plaintiff incorporates herein by reference her Memorandum In Support Of Plaintiff's Motion To Remand.

WHEREFORE, it is respectfully requested that this Court forthwith remand this action to the Circuit Court of Cook County, Illinois, from whence it was improperly removed, and that the Court award Plaintiff her attorney's fees and such further or additional relief as the Court shall deem appropriate.

Dated: February 13, 2008

Respectfully submitted,

KamberEdelson, LLC

By: /s/ Myles McGuire
MYLES MCGUIRE
One of the Attorneys for Susan Paluzzi, individually and on behalf of a class of similarly situated individuals

JAY EDELSON
MYLES MCGUIRE
ELIZABETH MACKEY (*PENDING PRO HAC VICE*)
JOHN BLIM (Of Counsel)
KAMBEREDELSON, LLC
53 West Jackson Boulevard, Suite 1530
Chicago, Illinois 60604
Telephone: (312) 589-6370
Facsimile: (312) 873-4610