UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| SUSAN PALUZZI, individually and on behalf of a class of similarly situated individuals, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 08 CV 405 ) |
| CELLCO PARTNERSHIP, a Delaware General Partnership d/b/a/ Verizon Wireless, and MBLOX, INC., a Delaware corporation, | ) ) Judge Robert W. Gettleman ) ) |
| Defendants. | ) ) ) |

## NOTICE OF MOTION

TO:   James G. Richmond                     Penelope A. Prevelos
      Abigail Clapp                         Geoffrey Graber
      Greenberg Traurig LLP                 Morrison & Foerster
      77 West Wasker Drive                  425 Market Street
      Chicago, Illinois 60601               San Francisco, California 94105

      Craig M. White
      Brent R. Austin
      Chung- Han Lee
      Wildman Harrold
      225 West Wacker Drive
      Chicago, Illinois 60606

On February 21, 2008, at 9:15 a.m. or as soon thereafter as counsel may be heard, I shall appear before the Honorable Robert W. Gettleman or any Judge sitting in his stead, in the courtroom usually occupied by him, located in Courtroom 1703 at the United States District Court, Northern District of Illinois, 219 South Dearborn Street, Chicago, Illinois, 60604 and present Plaintiff's Motion to Remand, a copy of which is hereby served upon you.

Myles McGuire, Attorney for Plaintiff  (312) 589-6370
KamberEdelson, LLC  (312) 873-4610 (Fax)
53 West Jackson Boulevard, Suite 1530  mmcguire@kamberedelson.com
Chicago, Illinois 60604

## CERTIFICATE OF SERVICE

    Myles McGuire, an attorney, hereby certifies that he served Plaintiff's Motion to Remand upon the person(s) to whom the preceding Notice of Motion is addressed by electronic transmission before 5:00 p.m. on February 14, 2008.

                                                                                                                                         /s/ Myles McGuire