IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| SUSAN PALUZZI, individually and on behalf of a class of similarly situated individuals, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| | ) | NO.  08-CV-00405 |
| v. | ) ) | |
| CELLCO PARTNERSHIP, a Delaware General Partnership d/b/a Verizon Wireless, and MBLOX, a Delaware Corporation, | ) ) ) ) ) | JUDGE ROBERT GETTLEMAN |
| Defendants. | ) | |

## DEFENDANT MBLOX'S JOINDER OF CO-DEFENDANT'S OPPOSITION TO PLAINITFF'S MOTION FOR REMAND

Defendant mBlox, Inc. ("mBlox"), by and through its attorneys, Wildman, Harrold, Allen & Dixon LLP, adopts and incorporates by reference herein Co-Defendant Cellco Partnership's March 12, 2008 Opposition to Plaintiff's Motion for Remand.  mBlox, Inc. respectfully requests that Plaintiff's Motion for Remand be denied.

DATED:        March 13, 2008                    Respectfully submitted,

                                               **MBLOX, INC.**


                                               By:_____/s/ Brent R. Austin_____
                                                       One of Its Attorneys

Craig M. White (white@wildman.com)
Brent R. Austin (austin@wildman.com)
Chung-Han Lee (chunglee@wildman.com)
Wildman, Harrold, Allen & Dixon LLP
225 West Wacker Drive
Chicago, IL  60606
(312) 201-2000
(312) 201-2555 (fax)

## CERTIFICATE OF SERVICE

I hereby certify that on March 13, 2008, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Jay Edleson
John Blim
Myles McGuire
KamberEdelson, LLC
53 West Jackson Boulevard
Suite 1530
Chicago, IL 60604

James G. Richmond
Abigail A. Clapp
Greenberg Traurig, LLP
77 West Wacker Drive
Suite 2500
Chicago, IL  60601

Penelope A. Preovolos
Dan Marmalefsky
Geoffrey Graber
Morrison & Foerster
425 Market Street
San Francisco, CA  94105

/s/ Brent R. Austin