UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SUSAN PALUZZI, individually and on behalf of a class of similarly situated individuals, | )<br>)<br>) |
| Plaintiff, | ) Case No. 1:08-cv-00405<br>)<br>) |
| v. | )<br>) |
| CELLCO PARTNERSHIP, a Delaware General Partnership d/b/a/ Verizon Wireless, and MBLOX, INC., a Delaware corporation, | )<br>) Judge Robert W. Gettleman<br>)<br>) |
| Defendants. | )<br>) |

## NOTICE OF FILING

TO:   Craig M. White
　　　Brent R. Austin
　　　Chung-Han Lee
　　　Wildman, Harrold, Allen & Dixon, LLP
　　　225 West Wacker Drive
　　　Suite 3000
　　　Chicago, IL 60606-1229

　　　Penelope A. Preovolos
　　　Dan Marmalefsky
　　　Geoffrey Graber
　　　Morrison & Foerster LLP
　　　425 Market Street
　　　San Francisco, CA 94105

PLEASE TAKE NOTICE that on the March 26, 2008, I e-filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, IL, using the CM/ECF filing system, Plaintiff's Reply to Defendants' Memorandum in Opposition to Plaintiff's Motion to Remand, a copy of which is attached hereto and hereby served upon you.

Respectfully submitted,

By /s/ Myles McGuire

>MYLES MCGUIRE, one of the Attorneys for Plaintiff Susan Paluzzi, individually and on behalf of a class of similarly situated individuals

## CERTIFICATE OF SERVICE

I hereby certify that on March 26, 2008 I electronically filed Plaintiff's Reply to Defendants' Memorandum in Opposition to Plaintiff's Motion to Remand with the Clerk of the U.S. District Court, Northern District of Illinois, Eastern Division, using the CM/ECF system which will send notification of such filing via email to the following:

Craig M. White
Brent R. Austin
Chung-Han Lee
Wildman, Harrold, Allen & Dixon, LLP
225 West Wacker Drive
Suite 3000
Chicago, IL 60606-1229

Penelope A. Preovolos
Dan Marmalefsky
Geoffrey Graber
Morrison & Foerster LLP
425 Market Street
San Francisco, CA 94105

James G. Richmond
Abigail A Clapp
Greenberg Traurig, LLP
77 West Wacker Drive
Suite 2500
Chicago, IL 60601

Dated: March 26, 2008

                                                    By: /s/ Myles McGuire
                                                     MYLES MCGUIRE
                                                     One of the Attorneys for Susan Paluzzi,
                                                     individually and on behalf of a class of
                                                     similarly situated individuals

JAY EDELSON
MYLES MCGUIRE
ELIZABETH MACKEY (*PENDING PRO HAC VICE*)
JOHN BLIM  (Of Counsel)
KAMBEREDELSON, LLC
53 West Jackson Boulevard, Suite 1530
Chicago, Illinois 60604
Telephone: (312) 589-6370