INCORRECT DOCUMENT (PDF) LINKED

Case 1:08-cv-00405   Document 24-4   Filed 03/26/2008   Page 1 of 1