## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

Date: 3/28/08                           Case No. 08 C 405

Case Title:                             Judge: Robert W. Gettleman
    Paluzzi v. Cellco Partnership

### NOTICE OF CORRECTION

**The following error was found in document no.** 24

- [ ] The document has been filed in the incorrect case.
- [ ] The document is filed in the correct case, but the case number and case title do not match.
- [x] The incorrect document (PDF file) was linked to the entry
- [ ] The incorrect file date was entered.
- [x] The incorrect type of event was used to describe the document.
- [x] The title of the document does not match the text of the entry.
- [ ] The entry is a duplicate of entry no.
- [ ] Other:

**Corrective action taken by the Clerk:**

- [ ] The text of the entry has been edited and the PDF file has been replaced.
- [ ] The following notation has been added to the text of the entry: (*Linked document has the incorrect case title or linked document has the incorrect case number.*)
- [ ] The correct document (PDF file) has been linked to the entry.
- [ ] The file date has been corrected.
- [x] The text of the entry has been edited.
- [ ] The text of the entry has been edited to read "Duplicate filing of document number."
- [ ] Other:

**Corrective action required by the filer:**

- [ ] The document must be refiled.
- [ ] Other:

Michael W. Dobbins, Clerk of Court

By: s/ Sheila Moore
Deputy Clerk

NDIL (10/05) Notice of Correction