**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| SUSAN PALUZZI, individually and on behalf of a class of similarly situated individuals, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | No.  08 C 405 |
| | ) | Judge Robert Gettleman |
| CELLCO PARTNERSHIP, a Delaware General Partnership d/b/a Verizon Wireless, and MBLOX, INC., a Delaware corporation, | ) ) ) | |
| | ) | |
| Defendants. | ) ) | |
| ———————————————————— | ) | |

**NOTICE OF AGREED MOTION**

PLEASE TAKE NOTICE that on Thursday, April 24, 2008 at 9:15 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable Robert Gettleman, or before any other Judge who may be sitting in his stead, in Room 1703 of the United States District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois, and shall then and there present *Defendant Cellco Partnership's Agreed Motion for Leave to File Sur-Reply*, a copy of which is attached hereto and served upon you.

Dated:  April 17, 2008

Respectfully submitted,

CELLCO PARTNERSHIP
d/b/a VERIZON WIRELESS


By:    s/Abigail A. Clapp_____
       One of Its Attorneys

James G. Richmond (ARDC 6206371)
Abigail A. Clapp (ARDC 6269540)
GREENBERG TRAURIG, LLP
77 West Wacker Drive
Suite 2500
Chicago, IL  60601
Tel.    (312) 456-8400
Fax    (312) 456-8435

*Of counsel:*

Penelope A. Preovolos
Dan Marmalefsky
Geoffrey Graber
MORRISON & FOERSTER
425 Market Street
San Francisco, CA  94105
Tel.     (415) 268-7000
Fax      (415) 268-7522

## CERTIFICATE OF SERVICE

I hereby certify that I have this 17th day of April served a copy of the within and

foregoing ***Defendant Cellco Partnership's Agreed Motion for Leave to File Sur-Reply*** upon all

parties to this matter by the Court's electronic filing system to the following:

**Jay Edelson**
Email: jay@blimlaw.com
**John Blim**
Email: john@blimlaw.com
**Myles P. McGuire**
myles@blimlaw.com
Blim & Edelson, LLC


**Chung-Han Lee**
chunglee@wildman.com
**Brent R. Austin**
austin@wildmanharrold.com
**Craig M. White**
white@wildmanharrold.com
Wildman, Harrold, Allen & Dixon LLP


               By:    s/Abigail A. Clapp
                      One of Its Attorneys