# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Robert W. Gettleman | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 405 | **DATE** | 4/24/2008 |
| **CASE TITLE** | Susan Paluzzi   vs   Cellco Partnership | | |

**DOCKET ENTRY TEXT:**

Defendant's motion for leave to file sur-reply is granted.

[Docketing to mail notice]

00:02

| | Courtroom Deputy | GDS |
|---|---|---|