# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Robert W. Gettleman | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 405 | **DATE** | 4/29/2008 |
| **CASE TITLE** | Susan Paluzzi    vs    Cellco Partnership, etc. e al | | |

**DOCKET ENTRY TEXT:**

Order entered. Accordingly the court concludes that the removal was improper. Plaintiff's motion for **remand** to the Circuit Court of Cook County, Ill. Is granted. Plaintiff's requests for attorney's fees and costs is denied.

[For further detail see separate order]
[Docketing to mail notice]

00:00