

## UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Dirksen Federal Building
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604



Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**ORDER**

May 16, 2008

Before

FRANK H. EASTERBROOK, Chief Judge

RICHARD D. CUDAHY, Circuit Judge

DANIEL A. MANION, Circuit Judge

**CERTIFIED COPY**

**FILED**
MAY 16 2008  YM
MAY 16 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| No.: 08-8013 | CELLCO PARTNERSHIP, a Delaware General Partnership doing business as Verizon Wireless, Petitioner<br>v.<br>SUSAN PALUZZI, individually and on behalf of a class of similary situated individuals, Respondent |
|---|---|

**Originating Case Information**

District Court No: 1:08-cv-00405
Northern District of Illinois, Eastern Division
District Judge Robert Gettleman

Upon consideration of the **PETITION FOR LEAVE TO APPEAL UNDER 28 U.S.C § 1453 (C)**, filed on May 08, 2008, by counsel for the appellant,

**IT IS ORDERED** that the petition is **DENIED**.

form name: c7_Order_3J (form ID: 177)